## Case No. 5,059.

In re FRANKLIN SAV. FUND SOC.

[1 Wkly. Notes Cas. 42.]

District Court, E. D. Pennsylvania. Oct. 21, 1874.

THE COURT granted the motion, though considering the order unnecessary under the circumstances.